Graham J. Coppes
Emily F. Wilmott
Ferguson & Coppes, PLLC
A Natural Resource Law Firm
PO Box 8359
Missoula, Montana 59807
Telephone: (406) 532-2664
graham@montanawaterlaw.com
emily@montanawaterlaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| BACKCOUNTRY HORSEMEN OF MISSOULA, FRIENDS OF THE BITTERROOT, and SELWAY-PINTLER WILDERNESS BACKCOUNTRY HORSEMEN,<br><br>Plaintiffs,<br><br>v.<br><br>LEANNE MARTEN, in her official capacity as Regional Forester, Northern Region; RANDY MOORE, in his official capacity as the Chief of the U.S. Forest Service; LISA TIMCHAK Forest Supervisor, Beaverhead-Deerlodge National Forest, U.S. Forest Service, Northern Region and Beaverhead-Deerlodge National Forest,<br><br>Defendants. | Case No.: 9:24-CV-00037-DLC-KLD<br><br>**NOTICE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1, Plaintiffs' counsel of record certifies that the

following persons, associations of persons, firms, partnerships, and corporations, other than the parties and their immediate families, may have a financial interest in the outcome of the proceeding:

- Graham J. Coppes, Counsel for Plaintiffs
- Emily F. Wilmott, Counsel for Plaintiffs
- Ferguson and Coppes, PLLC, Counsel for Plaintiffs

DATED this 26th day of March, 2024.

FERGUSON and COPPES, PLLC
A Natural Resource Law Firm

/s/ Emily F. Wilmott
Emily F. Wilmott